[No. 12742-0-I. Division One. January 15, 1986.]

DEAN AKRE, ET AL, *Appellants,* v. COST CUTTER STORES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-

com County, No. 81–2–00531–1, Marshall Forrest, J., entered January 19, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Williams and Coleman, JJ.